

David P. Parman, Albany, for Respondent.

Before FENNER, C.J., P.J., BERREY, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

Appeal from the judgment of the trial court dismissing appeal from conviction of driving while intoxicated in municipal court and reinstating the judgment and sentence of said municipal court.

Judgment affirmed.  Rule 30.25(b).

■

**In the Interest of A.W., Plaintiff.**

**JUVENILE OFFICER, Respondent,**

**v.**

**S.W.–Natural Mother, Appellant.**

**No. WD 50856.**

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 26, 1995.

Patrick John Brady, Kansas City, for Appellant.

Lori Stipp, Kansas City, for Respondent.

Kyla Grove, Kansas City, for Plaintiff.

Before FENNER, C.J., P.J., BERREY, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

Appeal from trial court's termination of parental rights.

Judgment affirmed.  Rule 84.16(b).

■

**In the Interest of B.R.M., D.D.M., M.A.M., Plaintiffs.**

**JUVENILE OFFICER, Respondent,**

**v.**

**A.S., Natural Mother, Appellant.**

**No. WD 50399.**

Missouri Court of Appeals,
Western District.

Nov. 21, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 26, 1995.

